UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SEA SHELL CONDOMINIUM
ASSOCIATION, INC.,

Plaintiff,

v. CASE NO. 8:26-cv-908-SDM-TGW

AMERICAN STRATEGIC
INSURANCE CORP.,

Defendant.
___________________________________/

**ORDER**

1. The parties must conform to the deadlines proposed in the case management report.

2. The parties must adhere to both the pre-trial meeting and pre-trial statement requirements of the Local Rules and to the pre-trial disclosure requirements in the Federal Rules of Civil Procedure.

3. Either a motion to amend a pleading or a motion to continue a hearing, the pre-trial conference, or the trial is distinctly disfavored after issuance of this order.

4. The parties must serve no more than twenty-five interrogatories, including sub-parts.

5. The pre-trial conference will occur before Magistrate Judge Thomas G. Wilson in Courtroom 12A, United States Courthouse, 801 North Florida Avenue, Tampa, on **AUGUST 18, 2027, at 2:30 PM.**

ANY DISPUTE ABOUT DISCOVERY, THE WITNESS LIST, OR THE EXHIBIT LIST REQUIRES JUDICIAL RESOLUTION AT OR BEFORE THE PRE-TRIAL CONFERENCE—NOT AT TRIAL. OTHERWISE, ABSENT STIPULATION BY THE PARTIES, ONLY A WITNESS ON THE WITNESS LIST CAN TESTIFY AT TRIAL AND ONLY AN EXHIBIT ON THE EXHIBIT LIST IS ADMISSIBLE AT TRIAL. THE PARTIES MAY AGREE ON ANY DISCOVERY MATTER, BUT—UNLESS ADDRESSED AT THE PRE-TRIAL CONFERENCE—EACH PARTY ASSUMES THE RISK OF NON-COMPLIANCE BY THE OTHER PARTY.

6. Lead trial counsel for each party must attend the pre-trial conference.

7. A bench trial will occur in Courtroom 15A, United States Courthouse, 801 North Florida Avenue, Tampa, during the **SEPTEMBER 2027** trial term.

8. Unless ordered otherwise and within twenty-one days after the trial transcript becomes available, the plaintiff must submit in a single document proposed findings of fact that include citations to the transcript, proposed conclusions of law that include citations to legal authority, and an exact statement of the relief requested. Within twenty-one days after the plaintiff's submission and subject to the same requirements, the defendant must submit responsive findings of fact and conclusions of law. Unless ordered otherwise, neither submission may exceed twenty-five pages.

ORDERED in Tampa, Florida, on June 18, 2026.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE